①

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :    **FILED UNDER SEAL**
                  Plaintiff,        :
                                   :
           v.                      :    Case No. 07- 2 1 3 M
                                   :
HUGO OLGUIN-LOPEZ,                 :    ⟨ CR. 07-146 ⟩
      a/k/a "Hugo Lopez-Olguin,"   :
      a/k/a "Anthony R. Sanchez,"  :
                                   :
                  Defendant.        :

### MOTION TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant

United States Attorney, and hereby moves this Honorable Court to seal the Criminal Complaint,

Motion for Arrest Warrant, Arrest Warrant, this Motion and Order to Seal, and the related file in

the above-captioned case until further Order of the Court, as the defendant has not yet been

apprehended; with the exception that the file may be unsealed for the limited purpose of entering

the arrest warrant into the NCIC system by the United States Marshals Service. A proposed

Order is attached.

                            COLM F. CONNOLLY
                            United States Attorney


              BY:    _____
                            Keith M. Rosen
                            Assistant United States Attorney


Dated: October 29, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,　　　　　：

　　　　　　　　　　　　　　　　：　　　**SEALED**

　　　　　　　Plaintiff,　　　　：

　　　　　　　　　　　　　　　　：

　　　　　v.　　　　　　　　　：　　Case No. 07- 2 | 3 M

　　　　　　　　　　　　　　　　：

HUGO OLGUIN-LOPEZ,

　　a/k/a "Hugo Lopez-Olguin,"　　：

　　a/k/a "Anthony R. Sanchez,"　　：

　　　　　　　Defendant.　　　　：

## ORDER

**AND NOW** this ___29___ day of ___October_____, 2007, based upon the

government's Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint, Arrest

Warrant, Motion for Arrest Warrant, Motion to Seal, this Order, and related file be **sealed** until

further Order of the Court; with the exception that the file may be unsealed for the limited

purpose of entering the arrest warrant into the NCIC system by the United States Marshals

Service.

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　Honorable Mary Pat Thynge

　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　　　　　　　　　　　　　　　District of Delaware