AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

HUGO OLGUIN LOPEZ
a/k/a "Hugo Lopez-Olguin,"
a/k/a "Anthony R. Sanchez"

**WARRANT FOR ARREST**

CR. 07-146

CASE NUMBER: 07- 213M

~~SEALED~~

FILED
NOV 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HUGO OLGUIN LOPEZ and bring him to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation Petition

**charging him with** (brief description of offense)

knowingly transferring an identification document, knowing that such document was stolen or produced without lawful authority; knowingly possessing with intent to use unlawfully or transfer unlawfully five or more identification documents; knowingly transferring, possessing, or using, without lawful authority, a means of identification of another person with the intent to commit, aid, and abet, or in connection with, an unlawful activity that constitutes a violation of Federal law; knowingly trafficking in actual identification features for use as a means of identification; knowingly buying and selling a card, and possessing with the intent to sell a card, that is, and purports to be, a social security card;

in violation of 18 U.S.C. §§ 1028(a)(2), 1028(a)(3), 1028(a)(7), 1028(a)(8); and 42 U.S.C. § 408(a)(7)(C).

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ ___No Bail___

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Wilmington, Delaware
Date and Location

by [signature]
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED Oct 29, 2007 | NAME AND TITLE OF ARRESTING OFFICER Yvette Thomas, U.S. Postal Inspector | SIGNATURE OF ARRESTING OFFICER Yvette C. Thomas |
|---|---|---|
| DATE OF ARREST Oct 31, 2007 | | |