IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- 146- UNA |
| HUGO OLGUIN-LOPEZ, | : |
| Defendant. | : |

FILED NOV - 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO PARTIALLY UNSEAL MAGISTRATE CASE FILE

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney, and respectfully requests that the Court unseal in part the file in the above-captioned matter. In support thereof, the government states the following:

1. On October 29, 2007, the Government filed a Criminal Complaint and sought an arrest warrant for the defendant, Hugo Olguin-Lopez. The Court granted this request and, also on motion of the Government, sealed the Criminal Complaint, Arrest Warrant, Motion to Seal, and related file until further Order of the Court. The matter was docketed at No. 07-213M.

2. On November 6, 2007, the federal Grand Jury returned an indictment charging the defendant with various offenses. The defendant is presently in custody, and is scheduled to have his initial appearance on the indictment on November 8, 2007. It is the Government's understanding that Magistrate docket file 07-213M will be merged with the district court docket number assigned to the indictment.

3. In light of the apprehension of the defendant and the return of the unsealed indictment, the Government respectfully submits that Magistrate docket 07-213M may be unsealed. The Government requests, however, that the Criminal Complaint remain sealed, as the investigation that resulted in the defendant's arrest is ongoing. If the Court requires additional

information concerning the nature of the ongoing investigation, the Government respectfully requests an opportunity to provide that information on an *ex parte* basis.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Keith M. Rosen
Assistant United States Attorney

Dated: November 7, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
| v. | :    Criminal Action No. 07- |
| HUGO OLGUIN-LOPEZ, | : |
|     Defendant. | : |

### ORDER

AND NOW this ___8___ day of ___November___, 2007, based upon the Government's motion, **IT IS HEREBY ORDERED** that the file in Criminal Action No. 07-213M be **unsealed**, with the exception that the Criminal Complaint and Affidavit in support thereof shall remain **sealed** until further Order of the Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware
