IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No.07-146-GMS |
| HUGO OLGUIN-LOPEZ,<br>a/k/a Hugo Lopez-Olguin,<br>a/k/a Anthony R. Sanchez, | : |
| Defendant. | : |

## MOTION AND ORDER TO EXCLUDE TIME

**COMES NOW** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware and Keith M. Rosen, Assistant United States Attorney, and hereby moves this Honorable Court to exclude under the Speedy Trial Act, 18 U.S.C. § 3161, the time from the date of its Order granting this Motion until the rescheduled motions deadline in this matter. In support thereof, the government states as follows:

1. The defendant was arraigned in this matter on November 8, 2007. At that time, Magistrate Judge Thynge entered an Order granting the defendant until November 27, 2007, to file any pre-trial motions, and excluding the time from November 8, 2007, until November 27, 2007, under the Speedy Trial Act ("the Act").

2. The defendant did not file any motions prior to the November 27, 2007, deadline. By letter dated November 29, 2007, Thomas Pedersen, Esq., entered his appearance on behalf of the defendant and requested an extension until December 27, 2007, to file motions. The defendant had been represented by Ubel Velez, Esq.

3.  The government does not oppose the requested continuance of the motions deadline. Further, the government respectfully submits that additional time to permit the defendant's new counsel an adequate opportunity to review the discovery in this matter and file any pre-trial motions is in the interest of justice. Accordingly, the government submits that this delay should be excluded under the Speedy Trial Act, and asks this Court to enter an Order excluding time under the Act from the date of said Order until the date of the rescheduled motions deadline. *See* 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Keith M. Rosen
Assistant United States Attorney

Dated: December 3, 2007

**IT IS SO ORDERED** this ___4th___ day of ___Dec.___, 2007.

_____
Honorable Gregory M. Sleet
Chief Judge
United States District Court
District of Delaware



FILED

DEC - 4

U.S. DISTRICT COURT
DISTRICT OF DELAWARE