IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES | : | |
|  | : | Case No. 07-146-GMS |
| v. | : | |
|  | : | |
| HUGO LOPEZ-OLGUIN | : | |

ENTRY OF APPEARANCE

    Please enter my appearance on behalf of the defendant in the above-captioned case.

_____
Thomas A. Pedersen, Esquire
2 N. Race St.
Georgetown, DE 19947
(302) 856-2533 ph
(302) 856-7745 fax

Dated:  June 21, 2007
cc:  Keith Rosen
    U. S. Attorney's Office