November 29, 2007

The Honorable Gregory M. Sleet
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Lock Box 19
Wilmington, DE 19801

      RE:  United States vs. Hugo Lopez-Olguin, Case No.  07-146-GMS

Dear Your Honor:

      I was recently retained to represent Mr. Lopez in the above-referenced case.  It is my understanding that a motion deadline had previously been set for November 27, 2007.  Please accept my request to extend this deadline for one month.  I have spoken with the United States Attorney assigned to this case and he does not have an objection to moving this date if the time does not exceed a month.
      If you need additional information on behalf of my client or this request, please contact my office and it will be supplied immediately.

      Very truly yours,

      Thomas A. Pedersen

TAP/ph
cc: file
    Keith Rosen, U.S. Attorney