IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES | : | Case No. 07-146-GMS |
| | : | |
| V | : | |
| | : | |
| | : | |
| HUGO LOPEZ-OLGUIN | : | |

REQUEST FOR DISCOVERY
PURSUANT TO CRIMINAL RULE 16

     NOW COMES the Defendant, by and through his attorney and pursuant to Criminal Rule 16, and requests that the United States Attorney permit the Defendant or someone acting on his behalf to inspect and copy or photograph the following:

1. Any relevant written or recorded statements made by the Defendant or a co-defendant (whether or changed as a principal, accomplices or accessory in the same or in a separate proceeding), or copies thereof, within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the government; that portion of any written record containing the substance of any relevant oral statement made by the Defendant whether before or after arrest in response to interrogation by any person then known by the Defendant to be a government agent if the government intends to use that statement at trial.

2. The Defendant's prior criminal record.

3. Books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are within the possession, custody or control of the government, and which are material to the preparation of the Defendant's defense or are intended for the use by the government as evidence in chief at the trial or were obtained from or belonged to the Defendant.

4. Any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody, or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the government, and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at trial.

5. Any and all search warrants requested and executed in this case. This request includes the affidavits in support of the above-referenced search.

6. Any evidence that the government may present at trial under Rule 702, 703, or 705 of the Delaware Uniform Rules of Evidence.

7. Please take notice that the defense may attempt to prove that the Defendant consumed a sufficient quantity of alcohol after the time of actual driving and before any sampling to cause a person's alcohol concentration to exceed .10, pursuant to 21 Del. Code 4177 (b) (2).

8. The Defendant hereby demands the presence of a forensic toxicologist, forensic chemist, police forensic analytic co-chemist, and any person in the chain of custody as a witness in this proceeding.

9. If the items requested are not produced in the government's Response to Discovery and the government is taking the position that the Defendant must request a reasonable time and place or give further notice to the State of request for discovery please take notice that the Defendant hereby specifies that all items requested must be produced at the Law Office of Thomas A. Pedersen, 2 N. Race Street, Georgetown, DE. as soon as practicable.

_____
Thomas A. Pedersen

Date: 12/7/2007

**CERTIFICATE OF SERVICE**

    I, THOMAS A. PEDERSEN, Esquire, did cause on December 7, 2007, a copy of the within Request for Discovery to be delivered by first-class mail to the United States Attorney General's Office for:

                  Keith Rosen, United States Attorney
                  Nemours Building, P.O. Box 2046
                  Wilmington, DE 19899-2046

                  _____
                  Thomas A. Pedersen

Dated: 12/7/2007