IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No.07-146-GMS |
| HUGO OLGUIN-LOPEZ, *a/k/a Hugo Lopez-Olguin*, *a/k/a Anthony R. Sanchez*, | : |
| Defendant. | : |

## MOTION AND ORDER FOR SCHEDULING CONFERENCE

**COMES NOW** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware and Keith M. Rosen, Assistant United States Attorney, and respectfully requests that the Court Order a scheduling conference in the above-captioned matter. In support thereof, the government states as follows:

1. The defendant was arraigned in this matter on November 8, 2007. By Order dated December 4, 2007, the defendant was given until December 27, 2007, to file pre-trial motions. No motions have been filed, and thus no additional time has been excluded under the Speedy Trial Act.

2. The parties have been engaged in discussions concerning a non-trial resolution of this case. Those discussions are continuing.

JAN 2 5 2008

3. The government respectfully submits that a teleconference would be appropriate for the purpose of scheduling future proceedings in this matter.

**WHEREFORE**, the government respectfully requests that the Court schedule a teleconference in this matter at its earliest convenience.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Keith M. Rosen
Assistant United States Attorney

Dated: January 24, 2008

**IT IS SO ORDERED** this ___5th___ day of ___Feb___, 2008. A teleconference will be conducted on ___February 13___, 2008, at ___2:15___ am/~~pm~~, with the government initiating the call.

_____
Honorable Gregory M. Sleet
Chief Judge
United States District Court
District of Delaware

2

FILED
FEB - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE